| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA  92501<br>(951) 826-8000   FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br>CASE NUMBER  12-30012 DS |
| In re:<br><br>SONIA RODRIGUEZ,<br><br><div align="right">Debtor(s).</div> | NO HEARING REQUIRED |

### TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☐ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☒ OTHER:  MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION AGREEMENT

The undersigned Chapter 13 Trustee, having reviewed the Motion filed on _11/08/12___ as docket entry number ____23_, recommends:

☒      APPROVE on the following conditions:

(1) The motion reflects that this loan modification will result in the reduction of debtor's total mortgage payment expense from $1,828.65.00 (per the original Schedule I, with impounds) to $1,318.65, <u>a savings of $510.00 per month</u>. This savings constitutes "projected disposable income" which must be pledged to making payments under the plan. 11 U.S.C. §1325(a)(7); see also <u>Hamilton v Lanning (In re Lanning)</u>, 545 F. 3d 1269, (U.S. 6/7/10) (2010). The plan has not yet been confirmed; however the Trustee will object to confirmation of the plan unless all of the above-referenced surplus income is pledged to making payments under the plan (unless the plan provides for a 100% pay-out to unsecured creditors).

Dated:    __November 9, 2012_____

<div align="center">_____<br>Rod Danielson, Chapter 13 Trustee</div>

Digitally signed by Rod Danielson
DN: cn=Rod Danielson,
o=Chapter 13 Trustee,
ou=Chapter 13 Trustee,
email=rod@rodan13.com, c=US
Date: 2012.11.09 06:33:44 -08'00'

| In re:   SONIA YOLANDA RODRIGUEZ | Chapter: 13 |
|---|---|
| Debtor(s) | Case Number: **6:12-bk-30012-DS** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE COMMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On __11-13-12__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
SONIA YOLANDA RODRIGUEZ
15698 OUTRIGGER DRIVE
CHINO HILLS, CA  91709

Attorney for Debtor
CACERES & SHAMASH, LLP
8200 WILSHIRE BLVD
STE 400
BEVERLY HILLS, CA  90211

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-13-12 | Susan Jones | /s/ Susan Jones |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173
JUNE 2012

**F 9013-3.1.PROOF.SERVICE**