| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joseph E. Caceres, Esq. (SBN 169164)<br>Charles Shamash, Esq. (SBN 178110)<br>Caceres & Shamash, LLP<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>Tel: (310) 205-0500<br>Fax: (310) 878-8308<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>DEC 06 2012<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** delatorr **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER  6:12-bk-30012-DS |
| In re:<br><br>SONIA YOLANDA RODRIGUEZ,<br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER: <u>DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO POST-PETITION LOAN MODIFICATION AGREEMENT WITH HSBC BANK USA, N.A/OCWEN LOAN SERVICING, LLC.</u>**

Based on Debtor's Motion filed on __11/08/12__ as docket entry number __23__, and the Trustee's comments on or objection to Debtor's Motion filed on __11/13/12__ as docket entry number __24__, it is ORDERED that Debtor's Motion is:

☐  GRANTED

☐  DENIED

☒  GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion (Doc. no. 24), and Debtor may enter into a post-petition loan modification agreement with HSBC Bank USA, N.A./Ocwen Loan Servicing, LLC

☐  GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 2*    **F 3015-1.14**

| In re:<br>SONIA YOLANDA RODRIGUEZ,  Debtor(s). | CHAPTER 13<br>CASE NUMBER  6:12-bk-30012-DS |
|---|---|

☐ Set for Hearing on _____ at _____.

\#\#\#

_____
United States Bankruptcy Judge

DATED: December 6, 2012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 3*    F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| SONIA YOLANDA RODRIGUEZ, | |
| Debtor(s). | CASE NUMBER 6:12-bk-30012-DS |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211

A true and correct copy of the foregoing document described  **Order on Debtor's Motion for Authority to Enter Into Post-Petition Loan Modification Agreement with HSBC Bank USA, N.A./Ocwen Loan Servicing, LLC**  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in this service category.  Proposed orders do not generate an NEF.

☐ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL**: On (*date*) **12/03/12**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chapter 13 Trustee:
Rod Danielson, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **12/03/12**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served Via Personal Delivery:**
The Honorable Deborah J. Saltzman, U.S. Bankruptcy Judge
United States Bankruptcy Court
3420 Twelfth Street, Bin Outside of R.S. Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/03/12 | Elizabeth Prado | /s/ Elizabeth Prado |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| SONIA YOLANDA RODRIGUEZ,    Debtor(s). | CASE NUMBER  6:12-bk-30012-DS |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order on Debtor's Motion for Authority to Enter Into Post-Petition Loan Modification Agreement with HSBC Bank USA, N.A./Ocwen Loan Servicing, LLC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **12/05/12**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Jennifer A Bender bankruptcy@zievelaw.com
- Joseph Caceres jec@locs.com, generalbox@locs.com
- Rod (DS) Danielson (TR) notice-efile@rodan13.com
- Charles Shamash cs@locs.com, generalbox@locs.com
- Daniel I Singer bankruptcy@zievelaw.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

**Debtor:**
Sonia Yolanda Rodriguez
15698 Outrigger Drive
Chino Hills, CA 91709

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**