| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Charles Shamash, Esq. (SBN 178110)<br>Joseph E. Caceres, Esq. (SBN 169164)<br>Caceres & Shamash, LLP<br>8200 Wilshire Boulevard, Suite 400<br>Beverly Hills, California 90211<br>Tel: (310) 205-3400<br>Fax: (310) 878-8308<br><br>[X] Attorney for Debtor<br>[ ] Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 6:12-bk-30012-DS |
| In re Rodriguez, Sonia Yolanda<br><br><br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, <u>Charles Shamash on behalf of Sonia Y. Rodriguez</u> (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on <u>August 29, 2012</u>.

2. I am the owner of real property[1] at the following street address:

   <u>15698 Outrigger Drive</u>

   <u>Chino Hills, CA 91709</u>                                              (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of <u>Ocwen Loan Servicing LLP</u>.

   b. Second deed of trust in favor of _____ (if applicable).

   c. Third deed of trust in favor of _____ (if applicable).

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                   **F 3015-1.4**

F301514

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments   F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re Rodriguez, Sonia Yolanda | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:12-bk-30012-DS |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Ocwen Loan Servicing, LLC<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440<br>Acct # xxxxxx3895 | $1,318.65 | 09/16/12 | 09/13/12 |
| | $1,318.65 | 10/16/12 | 10/05/12 |
| | $1,318.65 | 11/16/12 | 12/7/12 |
| Creditor | $1,318.65 | 12/16/12 | 01/19/13 |
| | $1,318.65 | 1/16/12 | 1/23/13 |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.4

| Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments<br>Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5* | **F 3015-1.4** |
|---|---|
| In re Rodriguez, Sonia Yolanda<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:12-bk-30012-DS |

6. Attached to this declaration are copies of the:

   [X] cashier's checks,    [ ] money orders,    [ ] certified funds, or

   [ ] other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   [ ] U.S. Post Office Certificate(s) of Mailing, stamped by a U.S. Postal Service employee,

   [ ] acknowledgment(s) signed by the Creditor's representative, or

   [X] other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2013          /s/ Charles Shamash
                                 *Debtor*
                                 Charles Shamash on behalf of Sonia Y. Rodriguez

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Charles Shamash, Esq., SBN: 178110
Caceres & Shamash, LLP
8200 Wilshire Boulevard, Suite 400
Beverly Hills, CA 90211
Tel: (310) 205-3400
Bar No.: 178110

# UNITED STATES BANKRUPTCY COURT
## CENTRAL    DISTRICT OF CALIFORNIA

In re: Rodriguez, Sonia Yolanda    )    Case No. 6:12-bk-30012-DS
                                   )
                                   )
                                   )    Chapter 13
                                   )
                                   )

## PROOF OF SERVICE BY MAIL

I, Charles Shamash, declare that:

I am employed in the County of Los Angeles, California. My business address is: 8200 Wilshire Boulevard, Suite 400 Beverly Hills, CA 90211

I am over the age of eighteen years and not a party to this cause.

On January 23, 2013, I served the Mortgage to Ocwen Loan Servicing one cashier's checks in the amount of $1,318.65. in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Beverly Hills, California, addressed as follows:

Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 23, 2013, at Beverly Hills, California.

/s/ Charles Shamash
Charles Shamash

BK-20

**CASHIER'S CHECK**

CHASE

Remitter: SONIA Y RODRIGUEZ

1371314650
Date: 09/12/2012

Pay: ONE THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND 65 CENTS

Pay To The Order Of: OCWEN LOAN SERVICING LLP

$ **********1,318.65***

Drawn: JPMORGAN CHASE BANK, N.A.

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Acct# ▇▇▇▇3895

⑈1371314650⑈ ⑆122100024⑆ 806002234⑈

9/12



10/12

```
CHASE                    CASHIER'S CHECK                    9565300110   91-2
                                                                         1221
              Remitter:   SONIA RODRIGUEZ         Date:   12/07/2012

Pay:    ONE THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND 65 CENTS

Pay To The   OCWEN LOAN SERVICES                  $  ******1,318.65 ***
Order Of
loan #         3895                        Drawer: JPMORGAN CHASE BANK, N.A.
                                           Michael Andrews
                                           Senior Vice President
                                           JPMorgan Chase Bank, N.A.
                                           Phoenix, AZ
```

⑆9565300110⑆ ⑈122100024⑈ 806002234⑈

11/12

## CHASE

**Remitter** SONIA Y RODRIGUEZ

**CASHIER'S CHECK**

No. 9566400272
91-2/1221
Date 01/19/2013

Pay: ONE THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND 65 CENTS

Pay To The Order Of: CHAPTER 13 TRUSTEE
HOUSE PAYMENT

$ ****1,318.65****

JPMORGAN CHASE BANK, N.A.
Senior Vice President,
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆9566400272⑆ ⑈122100024⑈ 80600223⑈

11/2

282111107 NEW 01/08 8810004306

| | CASHIER'S CHECK | |
|---|---|---|
| **CHASE** ◯ | | 1759612197  91-2/1221 |
| | Remitter  SONIA Y RODRIGUEZ  LOAN#7090653895 | Date  01/22/2013 |

Pay:  ONE THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND 65 CENTS

$ *********1,318.65 ***

Pay To The Order Of  OCWEN

Drawer:  **JPMORGAN CHASE BANK, N.A.**

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ



Loan # ███████3895

⑉1759612197⑉ ⑆122100024⑆ 806002234⑉

1/13