LAW OFFICES OF LES ZIEVE
Daniel I. Singer, Esq., #227907
Jennifer A. Bender, Esq., #244478
18377 Beach Boulevard, Suite 210
Huntington Beach, CA 92648
Phone:         (714) 848-7920
Facsimile:     (714) 848-7650
Email:         bankruptcy@zievelaw.com

Attorneys for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-C,
Mortgage-Backed Certificates, Series 2006-C

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Sonia Yolanda Rodriguez,<br><br>                Debtor. | Case No.: 6:12-bk-30012-DS<br><br>Chapter 13<br><br>**STATUS REPORT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**Continued 341(a) Meeting of Creditors:**<br>Date:  February 12, 2013<br>Time:  9:00 A.M.<br>Place: Room 101<br>        3801 University Ave.<br>        Riverside, CA 92501<br><br>**Continued Confirmation Hearing:**<br>Date:  February 12, 2013<br>Time:  1:30 P.M.<br>Place: Courtroom 304<br>        3420 Twelfth Street<br>        Riverside, CA 92501 |

**TO THE HONORABLE DEBORAH J. SALTZMAN, DEBTOR, DEBTOR'S ATTORNEY, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

1

1 | Secured Creditor HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-C, Mortgage-Backed Certificates, Series 2006-C ("Secured Creditor") hereby submits the following Status Report to update the Court regarding Debtor's request for a loan modification:

Ocwen Loan Servicing, LLC ("Ocwen") reviewed Debtor's request for a loan modification pursuant to the guidelines set forth by the Home Affordable Modification Program ("HAMP"). Debtor's request for a HAMP permanent loan modification was denied on or about January 22, 2013. Ocwen sent a denial letter to Debtor on or about January 22, 2013.

LAW OFFICES OF LES ZIEVE

Dated: February 11, 2013    By:    /s/ Jennifer A. Bender
                                    Jennifer A. Bender
                                    Attorneys for Secured Creditor
                                    HSBC Bank USA, National Association, as
                                    Trustee for Fremont Home Loan Trust 2006-C,
                                    Mortgage-Backed Certificates, Series 2006-C

2

| In re:<br>Sonia Yolanda Rodriguez | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  6:12-bk-30012-DS |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
18377 Beach Boulevard, Suite 210
Huntington Beach, CA 92648

A true and correct copy of the foregoing document described **STATUS REPORT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 11, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Charles Shamash, Counsel for Debtor            cs@locs.com
Rod (DS) Danielson (TR)                        notice-efile@rodan13.com
United States Trustee (RS)                     ustpregion16.rs.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On February 11, 2013, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Sonia Yolanda Rodriguez            United States Bankruptcy Court
15698 Outrigger Drive              Chambers of the Honorable Deborah J. Saltzman
Chino Hills, CA 91709              3420 Twelfth Street, Suite 385
(via U.S. regular mail)            Riverside, CA 92501-3819
                                   (via U.S. regular mail)

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2013 | Michele Dapello | /s/ Michele Dapello |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*September 2012*                                                                                                                       **F 9013-3.1**